of Appeals for the Ninth Circuit denied. *Mr. Percy V. Long* for petitioner. *Messrs. A. B. Bianchi* and *James M. Hanley* for respondent.

No. 1183. BUSH *v.* ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Paul E. Lesh* and *Dale D. Drain* for petitioners. *Mr. Richard T. Rector* for respondent.

No. 1185. CANADIAN PACIFIC RAILWAY CO. *v.* SULLIVAN ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Richard W. Hall* for petitioner. *Mr. Charles B. Rugg* for respondents.

No. 1186. MODERN FACTORS CO. *v.* TASTYEAST, INC. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Max L. Rosenstein* for petitioner. *Messrs. William H. Carey* and *Edward J. O'Mara* for respondent.

No. 1188. UNION TRUST CO., EXECUTOR, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. George E. Hamilton, George E. Hamilton, Jr.,* and *Charles D. Hayes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.